# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MATTHEW M. GUINEY, ON BEHALF OF E.G., HIS MINOR CHILD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

Civil Action No. 23-3905 (ES)(LDW)

**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Matthew M. Guiney, on behalf of E.G., his minor child ("Plaintiff"), hereby voluntarily dismisses without prejudice each claim against Bank of America.

**DATED**: September 1, 2023

Respectfully Submitted,

CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, P.C.

<u>s/ James E. Cecchi</u>
James E. Cecchi
Kevin G. Cooper
Brian F. O'Toole
Jordan M. Steele
CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com
botoole@carellabyrne.com
jsteele@carellabyrne.com

***Counsel for Plaintiff***

SO ORDERED. The Clerk of the Court shall CLOSE this matter.

_____
Hon. Esther Salas, U.S.D.J.
Dated: September 5, 2023